**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE H. SEBASTIAN,<br><br>　　Plaintiff(s),<br><br>　vs.<br><br>ALLSTATE CORPORATION; SURETY LIFE INSURANCE COMPANY,<br><br>　　Defendants. | Case No.:  13-CV-4850  YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL; CONTINUING HEARING ON MOTION TO DISMISS** |

Defendant Surety Life Insurance Company has filed its Motion to Dismiss Verified Complaint, currently set for hearing on January 7, 2014.  (Dkt. No. 18.)  The motion seeks to dismiss the instant action, in part, on the grounds that Plaintiff in pro se, Connie H. Sebastian, has filed complaints alleging nearly identical claims which have been dismissed in the state court for failure to state a viable cause of action.

Plaintiff filed a one-page response to that motion, in which she listed each of her claims and requested appointment of counsel in this civil action.  The Court denied Plaintiff's request for appointment of counsel by Order issued November 25, 2013.  (Dkt. No. 20.)  Plaintiff has filed no further substantive response to the Motion to Dismiss.

Plaintiff is **ORDERED TO SHOW CAUSE** in writing why the motion to dismiss should not be granted as unopposed and this action dismissed for failure to prosecute.  <u>Plaintiff shall a written response to the Order to Show Cause and/or motion **no later than January 10, 2014**</u>.  Failure to respond timely will result in dismissal of this action.

The hearing on the Motion to Dismiss is **CONTINUED** to **January 28, 2014, at 2:00 p.m.**

**IT IS SO ORDERED.**

Fcvgf<Fgego dgt '52.'4235

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**