United States District Court
Northern District of California

CONNIE H. SEBASTIAN,

    Plaintiff,

  v.

ALLSTATE CORPORATION, et al.,

    Defendants.

Case No.: 13-4850-YGR (KAW)

ORDER VACATING JANUARY 8, 2014 SETTLEMENT CONFERENCE

In light of the presiding judge's order to show cause and order continuing the hearing on the pending motion to dismiss, the undersigned hereby vacates the settlement conference currently scheduled for January 8, 2014. A new settlement conference date will be set pending resolution of the motion to dismiss scheduled to be heard on January 28, 2014.

IT IS SO ORDERED.

Dated: December 30, 2013

KANDIS A. WESTMORE
United States Magistrate Judge