**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE H. SEBASTIAN,<br><br>     Plaintiff,<br><br>   vs.<br><br>ALLSTATE CORPORATION; SURETY LIFE INSURANCE COMPANY,<br><br>     Defendants. | Case No.:  13-CV-4850  YGR<br><br>**ORDER VACATING HEARING SET FOR JANUARY 28, 2014** |

The Motion of Defendant Surety Life Insurance Company is before the Court.  Plaintiff in pro se Connie H. Sebastian has filed a response to the motion, and Defendant has filed its reply.

Based on a review of the papers, the Court has determined that this motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the date for the hearing, previously set for January 28, 2014, is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Date: January 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**