**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE H. SEBASTIAN,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>ALLSTATE CORPORATION; SURETY LIFE INSURANCE COMPANY,<br><br>   Defendants. | Case No.: 13-CV-4850 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER OF REFERENCE TO MAGISTRATE JUDGE RYU FOR SETTLEMENT CONFERENCE** |

For the reasons set forth in its Order Denying Motion for Leave Amend without Prejudice of September 29, 2014 (Dkt. No. 36) and as stated on the record at the hearing on December 2, 2014, the Court **DENIES** without prejudice the Second Motion for Leave to File First Amended Complaint of Plaintiff Connie H. Sebastian. (Dkt. No. 37.)

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Ryu to conduct a settlement conference. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates. The parties will be advised of the date, time and place of the settlement conference by notice from the assigned magistrate judge.

Should Plaintiff elect to file another motion for leave to file a second amended complaint, said motion shall be filed no later than **January 30, 2015**.

**IT IS SO ORDERED**.

Dated: December 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Ryu